UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>PAUL CHALLENDER,<br>  aka "Hilljoe,"<br>WILLIAM HO,<br>  aka "Mayan2012,"<br>KEVIN WRIGHT,<br>  aka "Yah1,"<br>DANIEL MURPHY,<br>  aka "Yukon_jock,"<br>MICHAEL PHARIS, and<br>  aka "jaslovesfootball,"<br><br>                    Defendants. | CR No. 0 **CR09- 01004**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2252A(g): Child<br>Exploitation Enterprise;<br>18 U.S.C. § 2251(d)(1)(A), (e),<br>§ 2252A(a), (b)(1), (b)(2):<br>Conspiracy to Advertise,<br>Transport, Receive, Distribute,<br>Solicit, and Possess Child<br>Pornography; 18 U.S.C.<br>§ 2252A(a)(5)(B): Possession of<br>Child Pornography] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

THE QUEST4MORE CHILD EXPLOITATION ENTERPRISE

1.   At all relevant times, defendants PAUL CHALLENDER, also

known as ("aka") "Hilljoe" ("CHALLENDER"), WILLIAM HO, aka

"Mayan2012" ("HO"), KEVIN WRIGHT, aka "Yah1" ("WRIGHT"), DANIEL

JAB/RED:red

MURPHY, aka "Yukon_jock" ("MURPHY"), and MICHAEL PHARIS, aka "Jaslovesfootball" ("PHARIS") (collectively "defendants"), and others, were members of an Internet-based, members-only message board known as "Quest4More."  The main purpose of the Quest4More message board was to provide a forum for the advertisement, transportation, receipt, distribution, and possession of child pornography.  For purposes of this indictment, the term "child pornography" is as defined in Title 18, United States Code, Section 2256(8)(a).  At all relevant times, Quest4More operated in Los Angeles County, within the Central District of California, and elsewhere.

    2.   The Quest4More Internet message board (hereinafter "Quest4More") is an Internet-based message board.

    3.   Quest4More was hosted by IPBFree.com.  IBPFree.com is a message board hosting site that allows Internet users to set up free message boards using its site.  IPBFree.com is hosted by WebNX, a commercial Internet hosting company located in Los Angeles, California.

    4.   Quest4More is dedicated to men who have a sexual interest in young children.  Members can make "posts" to Quest4More, which may include, among other things, the posting of child pornography images and videos, links to child pornography, commenting on child pornography posted by other members, and "private" posts, from one member to another.

    5.   Quest4More has approximately 30 members.  There is a vetting process for allowing new members to join Quest4More.  Members are screened to ensure that they do not pose a risk to

Quest4More and those utilizing the message board.  The members of Quest4More constituted the "Quest4More Child Exploitation Enterprise."

6.   Quest4More members do not use their real names, but instead use screen names to mask their identities.  Quest4More has a function that allows members to create an "avatar," an image that appears beside their name every time they post. Quest4More also has a function that allows members to create a "signature" that automatically appears at the end of every one of that member's posts.  This signature can contain text and/or images.

7.   At all relevant times, defendants CHALLENDER, HO, WRIGHT, MURPHY, and PHARIS were members of Quest4More.

8.   At all relevant times, defendant CHALLENDER used the screen name "Hilljoe" to participate on Quest4More.  Defendant CHALLENDER joined Quest4More on or about June 18, 2007.  Since that time, defendant CHALLENDER has made more than 280 posts to other Quest4More message board users.

9.   At all relevant times, defendant HO used the screen name "Mayan2012" to participate on Quest4More.  Defendant HO joined Quest4More on or about November 7, 2007.  Since that time, defendant HO has made more than 70 public posts to other Quest4More message board users.  Defendant HO's avatar is a cartoon depicting a toddler straddling an ejaculating adult male penis.  Defendant HO's signature line is "I believe in the power of rape."  This signature appeared on all of defendant HO's posts to Quest4More.

10.   At all relevant times, defendant WRIGHT used the screen name "Yah1" to participate on Quest4More.  Defendant WRIGHT joined Quest4More on or about May 4, 2007.  Since that time, defendant WRIGHT has made more than 400 posts to other Quest4More message board users.  WRIGHT's signature line is "Little pussies and big dicks! Mmmm!"  This signature line appeared on all of defendant WRIGHT's posts to Quest4More.

11.   At all relevant times, defendant MURPHY used the screen name "Yukon_jock" to participate on Quest4More.  Defendant MURPHY joined Quest4More on or about May 13, 2007.  Since that time, defendant MURPHY has made more than 500 posts to other Quest4More message board users.

12.   At all relevant times, defendant PHARIS used the screen name "Jaslovesfootball" to participate on Quest4More.  Defendant PHARIS joined Quest4More on or about May 18, 2007.  Since then, defendant PHARIS has made more than 380 posts to other Quest4More message board users.

<u>MEANS AND METHODS OF THE QUEST4MORE</u>

<u>CHILD EXPLOITATION ENTERPRISE</u>

13.   Among the means and methods by which defendants CHALLENDER, HO, WRIGHT, MURPHY, and PHARIS and other Quest4More members conduct and participate in the conduct of the affairs of the Quest4More Child Exploitation Enterprise are the following:

a.   Members of Quest4More are encouraged and required to post images and videos directly into forums categorized by type:  "Hard Core" child pornography images were to be posted in the "H/C pics" forum; "Soft Core" child pornography images were

to be posted in the "S/C pics" forum; child pornography videos were to be posted in the "Videos" forum; non-nude videos of children were to be posted in the "NN Videos" forum; images of children who have been ejaculated upon were to be posted in the "cummed on pics" forum; and child pornography images depicting infants and toddlers were to be posted in the "Nepi" forum, named after the Greek word for "infant."  In addition, the H/C pics forum contained a sub-forum titled "more to jack off to."

b.   Within the forums, Quest4More members can post child pornography images and videos.  They can also post erotic stories about men having sex with young children.

c.   Once a Quest4More member has made a post, any other member may post comments on the post.  For instance, a member can post a picture of child pornography, and other members who view it can enter posts discussing how much they like the picture or request that similar pictures be posted.

d.   Quest4More members communicate with one another extensively about their private collections of child pornography images, as well as their ongoing contact with children in the United States and abroad.

e.   While members can post whatever types of child pornography they wish, many appear to prefer child pornography depicting very young, pre-pubescent children.  For example, a poll posted on Quest4More asked, "If there were a line of little girls in front of you, all ready to suck you, which one would you pick first?"  The possible answers ranged from one through ten years old.  The winning category, with approximately 30% of the

5

1  vote, was nine years old.  The category that placed second in the

2  poll, at approximately 15% of the vote, was three years old.

3  Another poll on Quest4More asked, "When wanking off to pics of

4  cummed on girls what age makes you cum the hardest?"  Answers

5  included, "I prefer slightly older so I voted 8+"; "4-10"; and

6  "3-5 is my favorite too but any PT [pre-teen] is fine."

7       f.    Many Quest4More members also appear to prefer

8  child pornography depicting children in pain.  In this regard,

9  Quest4More members frequently use the Quest4More message board to

10 discuss their fantasies about violently raping children.  For

11 example, a poll on Quest4More asked, "What do you do with a 7yo

12 whore in your bed?"  Possible answers included the following: (1)

13 "Regular mouthfucking and fucking her pussy"; (2) "Slap her face,

14 spit in her face, really treats her like trash"; (3) "Bend her

15 over and assfuck her hard for two hours"; and (4) "Tie her up and

16 abuse her."  Answers posted by Quest4More members included the

17 following:

18       (i)  "I clicked 3 then I think 1 then I'd lick her

19 head to toe or toe to head rubbing my cock all over her sliden my

20 cock in every hole!"

21       (ii)  "I'm glad that fourth option was included,

22 as that reflect my choice..."  The post included a picture of a

23 nude pre-pubescent girl, bound to a bed.  Her arms and thighs are

24 tied by rope, with her legs open, exposing her genitals.  Her

25 mouth is gagged.

26       (iii)  "I voted to ass fuck her hard for 2 hours,

27 but I would also fuck her pussy and make her suck my cock too.  I

28

would also tie her up if needed.  Come to think of it, I would probably slapped her some too.  So my real vote is ALL OF THE ABOVE!  But damn, only 1 hour with the little slut?  I need much more time, like weeks, months would be better…lol [laugh out loud]."

g.   Another poll asked Quest4More members whether they have considered abducting a preteen girl/boy.  Possible answers included the following:  (1) "I've thought about it, and would absolutely do it"; (2) "I've thought about it, if circumstances were right, I'd do it"; (3) "I've thought about it, but most likely would not do it"; (4) "I haven't thought about it much, not sure if I would or not"; and (5) "I haven't thought about it and would not do it."  Responses posted by Quest4More members included the following:

(i)   "I was just curious if anyone has thoug much about just going out and snatching a little girl.  If so, how old would she be, any particular type of girl, how long would you keep her?  Would you be gentle and loving, or just fuck her hard and not care about her, or would it be somewhere in between those two options."

(ii)   "If I did it, it would be on the big scale, id go to a sleep over camp, and pick up the 7-8 year olds, and fuck them all, tie them up, and rape them for hours.  I know, me so bad, and a sick puppie.  Thanks fort he great post everyone."

(iii)   "don't get me wrong I luv to wack to sweet yng girls and would kiss lick suk fuk shhot my load on anyone of em, but I coiudnt force it."

(iv)  "I voted I would do it if the place was rihjt… she would be about 5 or 6 so I could have her for many years to come and time to teach her good, so I could make really good role play movies with her.  would love it if she were asian, but would settle for anything just the age is right.  For sex- I would fuck her shit hard all the time.  just like Tara gets abused, im kind of the same as 'daddy.'"

(v)  "I had to go with the third option, although perhaps another option that could be provided would be 'i would if i knew i could get away with it.' And my girl would be three years old and i definitely would NOT be gentle and loving…:o)  as a frame of reference, this would be the kind I'd grab."  The post included a picture of a female toddler, naked on a bed.

(vi)  Defendant HO posted "YES I WOULD."  The post contained a picture of a clothed, smiling toddler girl.

h.   Quest4More members must follow security rules regarding remaining anonymous.  For instance, it is suggested that the members follow protocols that mask their IP address and location.  The stated purpose for these rules is to ensure that law enforcement does not discover Quest4More or uncover its members' activities.

i.   Quest4More members discuss security measures designed to cloak their illegal activities in secrecy, such as removing a member or suspending his account if they believe the member poses a risk of Quest4More being discovered.  They also share information about law enforcement's efforts to identify individuals trading in child pornography, and they discuss how to avoid the detection of their illegal activities by law enforcement.

8

COUNT ONE

[18 U.S.C. § 2252A(g)]

14.   Paragraphs One through Thirteen of the Introductory Allegations of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

15.   Between in or about May 2007, and continuing through in or about September 2009, in Los Angeles County, within the Central District of California, and elsewhere, defendants CHALLENDER, HO, WRIGHT, MURPHY, and PHARIS, and others known and unknown to the Grand Jury, knowingly and willfully engaged in a child exploitation enterprise, that is, the violation of Title 18, United States Code, Sections 2251(d)(1)(A), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), and 2252A(a)(5)(B) as part of a series of felony violations constituting at least three separate incidents and involving more than one victim.   The felony violations committed by the defendants in concert with one another and the other members of the Quest4More Child Exploitation Enterprise include, but are not limited to, the following:

A.   Defendant CHALLENDER

16.   On or about August 19, 2008, defendant HO posted a message on Quest4More titled "Here's some yummy ones!"   Under this title, defendant HO posted images of toddlers and prepubescent girls bound and gagged; an image of a toddler, with her legs spread, who was pictured with a man inserting his finger into her naked vagina; and an image of an infant with an adult male penis near her face and semen near her mouth.   On or about August 21, 2008, defendant CHALLENDER posted a responsive message

1  on Quest4More, stating, "Great, never too young to be raped."

2      17.  On or about September 28, 2008, an unidentified member

3  of Quest4More posted a message titled "To Take Us to 2600,"

4  containing a number of child pornography images, including an

5  image of a female toddler performing oral sex on an adult male,

6  and an image of a female toddler with her legs attached to a

7  spread bar and a hair dryer blowing on her vagina.  On or about

8  October 5, 2008, defendant CHALLENDER posted a responsive message

9  on Quest4More stating, "little whores need to be raped hard

10  thanks."

11      18.  On or about November 16, 2008, an unidentified member

12  of Quest4More posted a message titled "8yo blowjob."  The message

13  contained a link to a child pornography video, and a password so

14  members could access the video.  The message also contained a

15  sample image from the video depicting a prepubescent child

16  performing oral sex on an adult male.  On or about November 17,

17  2008, defendant CHALLENDER posted a responsive message stating,

18  "Not her frist time a pro at it thanks."

19  B.   Defendant HO

20      19.  On or about November 17, 2007, defendant HO posted a

21  message to Quest4More titled "HELLO EVERYONE."  The text

22  accompanying the message stated, "Thanks you everyone for

23  inviting me to this fine forum.  I will be sharing my pics,

24  videos, and thoughts to many like-minded people."  The post

25  included an image of a naked, pre-pubescent girl.  She is shown

26  standing, with her arms above her head and her legs spread.  Her

27  mouth is taped, and there are clothespins hanging from each of

28  her nipples and from her vagina.

20.   Between on or about November 17, 2007, and on or about November 19, 2007, a number of Quest4More members posted responsive messages to defendant HO's November 17, 2007 "HELLO EVERYONE" message welcoming defendant HO to Quest4More.   On or about November 19, 2007, defendant HO posted a responsive message on Quest4More that stated, "Thanks everybody!   I feel that we have every right to wank away at hardcore stuff like this when we can.   In fact the harsher the fuck the more I get off.   I salute to all those brave pedos that get away with posting things like that with their lil girls.   (I hope some of them are kidnapped)." In this message, defendant HO posted an image of a young prepubescent girl.   She is lying on her back, with her legs tied in a spread and raised position, keeping her legs open to expose her vagina.   Her wrists are also bound, and she is gagged with tape across her mouth and face.

21.   On or about May 1, 2008, defendant HO posted a message on Quest4More titled "More To Jack Off To."   The message included numerous images depicting a prepubescent girl.   Some of the images consisted of closeups of this prepubescent girl's bare vagina being spread apart by hands, and others showed her fondling an adult male penis.   The text accompanying the message stated, "I've been holding on to these series for over a year because I've kinda promised to the guy who gave me these because this little girl is his daughter.   After awhile I started to see these get out elsewhere from other traders, so I said, 'Oh what the hell...' [emoticon] So enjoy guys!"

22.   On or about September 30, 2008, defendant HO posted a message on Quest4More titled "Another PSA."   The text

11

accompanying the message stated, "Another piece I made."
Attached to the message was an image depicting three nude girls,
ranging from toddler age to prepubescent.  One of the girls is
holding an erect adult male penis in her hand; one has an adult
male penis inserted into her vagina; and the third has an adult
male penis resting on top of her vagina.  There is text on the
image reading, "Without pedophiles…these children would've stayed
unwanted."

23.  On or about January 3, 2009, an unidentified member of
Quest4More using the screen name "DanDLion" posted several images
of prepubescent girls exposing their vaginas, toddlers holding
penises in their hands, and a prepubescent girl performing oral
sex on an adult male.  Under each image is the phrase "Abuse and
Punish Some Toddler Cunt Today!"  Each image has a number
associated with it; and the image marked as number seven depicted
two prepubescent girls fondling the penis of an adult male.

a.  On or about January 17, 2009, defendant HO posted
a responsive message on Quest4More to this post stating that
number seven was his "fantasy."

b.  On or about January 28, 2009, defendant PHARIS
posted a responsive message stating, "thanks again, hey guys is
every oine safe les check in."

c.  On or about January 28, 2009, defendant CHALLENDER
posted a responsive message stating, "hi all perverts there is so
nothing new out there."

d.  On or about January 29, 2009, defendant PHARIS
posted a responsive message asking members to email him if they
have the "pedo days of hte week series tha i posted upon here i

12

1  have lost them all and need to jack off to them loe you all and i

2  real do miss you."

3  C.  <u>Defendant WRIGHT</u>

4      24.  On or about January 1, 2008, an unidentified member of

5  Quest4More posted a message titled "can somebody please fill

6  these assholes."  The text accompanying the message stated,

7  "these kidz assholes needs to gets assfucked more often.  i think

8  many of the kidz whores is not done rough enough!  let's see

9  which whores is coming to see me in my office for finding

10  talents.  We need new stars people!  Fuck your kids assholes good

11  and rough, that sorry slow-ass-fucking is not the thing we need

12  now!"  Attached to the message was an image of a naked

13  prepubescent girl lying on a bed, spreading her legs to expose

14  her vagina and anus.  Also on or about January 1, 2008, a number

15  of unidentified Quest4More members posted responsive messages to

16  his post, attaching images depicting closeups of the anus of

17  prepubescent girls, including images of prepubescent girls bound

18  with ropes and cuffs, and images of prepubescent girls and

19  infants being penetrated by objects and penises, and commenting

20  on whether the anus was stretched.

21      a.  On or about January 1, 2008, defendant MURPHY

22  posted a responsive message to these posts, referring to one of

23  the pictures depicting two children, stating, "Hmmm, what can we

24  say about these two folx?  They do try hard and their pussy looks

25  well fucked, but im not so impressed bout their assholes.  Its

26  just OK.  Hmmm, lets put them on hold.  Will somebody give these

27  kids a assfucking-lesson while i check the other children in the

28  meanwhile?"

13

        b.   On or about January 1, 2008, defendant CHALLENDER

posted a responsive message stating, "shi the love of my life

daddys got a big one so it is well broken in lucky daddy.

        c.   On or about January 1, 2008, defendant WRIGHT

posted a responsive message stating, "I wouldn't mind fucking

every one of those tight little assholes!!!!  I'm a buttt man,

pariticularly!"

    25.  On or about January 3, 2008, an unidentified member of

Quest4More posted a message titled "4yo gets her breakfast."  The

text accompanying the message stated, "Little Gillian gets her

pussy checked out and gets a good breakfast before she heads to

school," and the message included a link to a video and a

password so other members could access it.  The message also

contained a sample image from the video, depicting a prepubescent

girl opening her mouth to receive a penis.  On or about January

3, 2008, defendant WRIGHT posted a responsive message on

Quest4More, stating, "What a perfect little cutie! And what a

trooper...she takes it like a good little girl!  Nice little

vid!"

    26.  On or about February 6, 2008, an unidentified member of

Quest4More posted a message titled "Vidz of kidz."  The message

attached a close-up image of a toddler's vagina with an adult

penis pressed against her, and an image of a prepubescent girl's

torso, with her vagina visible and an adult male penis

ejaculating on her stomach.

        a.   On or about February 6, 2008, another unidentified

member of Quest4More posted a responsive message stating, "great

collection of vidcaps ... I like the look of this video (see pic

                                14

attached) but have not seen it before - do you have th evide?  If so can you upload please?"  This message includes an image of a prepubescent girl on her hands and knees.  The girl is grimacing in pain while an adult male kneels behind her and appears to be engaged in sexual intercourse with her.

      b.   On or about February 6, 2008, defendant CHALLENDER posted a responsive message stating, "thanks love to see them some again."

      c.   On or about February 7, 2008, defendant HO posted a responsive message stating, "it was posted up in the video section.  her name is Valya I believe."

      d.   On or about February 7, 2008, defendant PHARIS posted a responsive message stating, "there are alot of ones i dont have looking forward to getting them you the great one."

      e.   On or about February 8, 2008, defendant WRIGHT posted a responsive message stating, "There were many more posts up before (since the beginning), but they got deleted, and we had to start again. ... Now, lets all fuck some tight little pussies and assholes, together!"

      f.   On or about February 8, 2008, defendant MURPHY posted a responsive message stating, "i luvd the squeeze of the yng sweet titties."

D.   <u>Defendant MURPHY</u>

27.  On or about July 21, 2008, defendant PHARIS posted a series of messages on Quest4More titled "ok so hers some."  The messages included an image of a prepubescent girl's face bent over an ejaculating penis, a toddler holding an adult penis in her hand, and a prepubescent girl laying on her back with her

knees bent and spread, with an adult male helping her pull her underwear aside to expose her vagina.

a.   On or about July 22, 2008, defendant HO posted a responsive message stating, "First one is my fav!"

b.   On or about July 26, 2008, defendant MURPHY posted a responsive message stating, "nuttin like a nice yng helpin hand."

28.   On or about July 28, 2008, an unidentified member of Quest4More posted a series of messages titled "Something to keep our place going...:0)."   The first message included an image of a nude, prepubescent girl sitting on the stomach of a nude adult male, and holding his penis in her hand.   She is wearing a leash around her neck.   The text accompanying the message stated, "love the leash."   Subsequent messages in the same thread included an image of a nude, prepubescent girl lying on her back, with ropes around her angles, tying her to the wall, and holding her legs apart, accompanied with the text, "love the ropes...;0)"; an image of a prepubescent girl with her pants pulled down to expose her buttocks, bending over a stool, accompanied with the text, "love the position"; and an image of a nude, prepubescent girl, lying on her back with her legs tied apart, her wrists bound together, and an object inserted in her vagina, accompanied with the text, "man, if I had her like this..."   On or about July 30, 2008, defendant MURPHY posted a responsive message stating, "mmmmm straddel dat nice ass!   Spred da cheeks!"

29.   On or about September 21, 2008, an unidentified member of Quest4More posted a message titled "Two New, Any More of This Little Toy?"   The message included two images depicting a toddler

16

asleep on a bench, nude from the waist down, exposing her vagina. The text stated, "how about this sweet little cunt?"  On or about September 23, 2008, defendant MURPHY posted a responsive message, stating, "not oging to lie, id picfk her up and go find a quite sport nd then gag her and jam my little 3 inch littel girl dick in here pussy and make her blled, lol."

30.  On or about November 16, 2008, an unidentified defendant posted a message on Quest4More titled "8yo blowjob." The accompanying message stated, "enjoy," and it included a link to a video and a password to allow Quest4More members to access it.  A sample image from the video was attached, and it depicted a prepubescent girl performing oral sex on an adult male.  On or about November 22, 2008, defendant MURPHY posted a responsive message, stating, "dont ya wanna just grab her head and fuk her face!"

E.   Defendant PHARIS

31.  On or about February 19, 2008, defendant PHARIS posted a message on Quest4More asking other members to post violent images of child pornography.  Specifically, the post stated, "anybody got an new rape or hard pussy fucking hit me."

32.  On or about January 27, 2009, defendant PHARIS posted a series of three messages on Quest4More titled "its so nice to see you all are haing alot of fun."  The first message included an image of an infant sucking on an adult male penis; the second message included a closeup image of an infant's vagina; and the third message included an image of a nude girl with an adult male penis pressed against her vagina.  The text accompanying the message stated, "uhhh, this isnt for me, its for the little bsaby

17

lovers, dotn think idont look for what you all like too, the flip side of that is you know I love rape and pain where you can here them crying and begging, so if oyu hae any of those, hit me and well play."

33.  On or about January 31, 2009, defendant PHARIS posted a message on Quest4More titled "rape hard pain," with an accompanying message requesting that Quest4More members post additional, violent child pornography.  Specifically, the message stated, "come n guys lets get going post soem old stuff anything I need osme ra;ped girls who I can watch get hurt when they screem and beg please you want me to beg ok ill beg . . ."

34.  On or about February 7, 2009, defendant PHARIS posted a responsive message to his own January 31, 2009 "rape hard pain" message stating, "where is everyone, it is so quite, nothing gong on here or anywhere else, dot tell me he feds have won, i hope not, lets post some new great stuff, come on guys pleasee."

35.  On or about February 25, 2008, defendant PHARIS posted a message on Quest4More with the subject title "enjoy guys new little 11yo that i capped on sat."  The message stated, "enjoy little cunt with no pussy hair or boobs, flat she thinks im 12, i love dumb little cutns, if you like i have lots more."  The post included a link to a video at "evilshare.com."

COUNT TWO

[18 U.S.C. §§ 2251(d)(1)(A), (e); 2252A(a), (b)(1), (b)(2)]

36.    Paragraphs One through Thirteen of the Introductory Allegations of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

A.    OBJECTS OF THE CONSPIRACY

37.    Beginning on a date unknown and continuing to in or about September 2009, in Los Angeles County, within the Central District of California, and elsewhere, defendants CHALLENDER, HO, WRIGHT, MURPHY, and PHARIS (collectively "defendants"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally transport, receive, distribute, advertise, solicit, and possess child pornography, in violation of Title 18, United States Code, Sections 2251(d)(1)(A), 2251(e), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3)(B), 2252A(a)(5)(B), 2252A(b)(1) and 2252A(b)(2).

B.    MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

38.    The objects of the conspiracy were to be accomplished, in substance, as set forth in the Introductory Allegations, above.

C.    OVERT ACTS

39.    In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants CHALLENDER, HO, WRIGHT, MURPHY, and PHARIS committed various overt acts within the Central District of California, and elsewhere, including but not limited to the following:

40.    On or about September 16, 2007, defendant WRIGHT posted

19

a message on Quest4More that commented on child pornography posted by another member.

41.   On or about November 4, 2007, defendant WRIGHT posted a message on Quest4More that discussed limiting membership on Quest4More.

42.   On or about November 17, 2007, defendant CHALLENDER posted a message on Quest4More that commented on child pornography posted by another member.

43.   On or about November 17, 2007, defendant HO posted a message on Quest4More that contained child pornography.

44.   On or about November 19, 2007, defendant HO posted a message on Quest4More that contained child pornography and that saluted members who post child pornography that they produce themselves.

45.   On or about November 26, 2007, defendant WRIGHT posted a message on Quest4More that commented on child pornography posted by another member.

46.   On or about December 5, 2007, defendant WRIGHT posted a message on Quest4More that discussed limiting membership in Quest4More for security reasons.

47.   On or about December 20, 2007, defendant WRIGHT posted a message on Quest4More that commented on child pornography posted by another member.

48.   On or about January 3, 2008, defendant WRIGHT posted a message on Quest4More that comments on child pornography posted by another member.

49.   On or about February 9, 2008, defendant HO posted two messages to Quest4More that contained child pornography.

50.  On or about February 14, 2008, defendant HO posted a message on Quest4More that warned other Quest4More members about law enforcement efforts to combat child pornography on the Internet.

51.  On or about February 29, 2008, defendant PHARIS posted a message on Quest4More that responded to child pornography posted by another Quest4More member.

52.  On or about February 25, 2008, defendant PHARIS posted a message on Quest4More that directed other members to a webcam capture featuring video he had created of an 11-year-old girl.

53.  On or about February 29, 2008, defendant PHARIS posted a message on Quest4More that asked other members to post violent images of child pornography.

54.  On or about March 18, 2008, defendant HO posted a message on Quest4More that contained child pornography.

55.  On or about May 1, 2008, defendant HO posted a message on Quest4More that contained child pornography.

56.  On or about May 1, 2008, defendant HO posted a message on Quest4More that contained child pornography.

57.  On or about May 16, 2008, defendant MURPHY posted a message on Quest4More that commented on child pornography posted by another Quest4More member.

58.  On or about May 25, 2008, defendant MURPHY posted a message on Quest4More that commented on child pornography posted by another member.

59.  On or about July 27, 2008, defendant MURPHY posted a message on Quest4More that responded to child pornography posted by another Quest4More member.

60.  On or about July 30, 2008, defendant MURPHY posted a message on Quest4More that responded to child pornography posted by another Quest4More member.

61.  On or about August 19, 2008, defendant HO posted a message on Quest4More that contained child pornography.

62.  On August 21, 2008, defendant CHALLENDER posted a message on Quest4More that responded to child pornography posted by another Quest4More member.

63.  On or about September 23, 2008, defendant PHARIS posted a message on Quest4More that responded to child pornography posted by another Quest4More member.

64.  On or about September 30, 2008, defendant HO posted a message on Quest4More that contained child pornography.

65.  On October 5, 2008, defendant CHALLENDER posted a message on Quest4More that responded to child pornography posted by another Quest4More member.

66.  On or about October 22, 2008, defendant MURPHY posted a message on Quest4More that commented on child pornography posted by another Quest4More member.

67.  On or about November 22, 2008, defendant MURPHY posted a message on Quest4More that commented on child pornography posted by another member.

68.  On or about January 17, 2009, defendant HO posted a message on Quest4More that commented on child pornography.

69.  On or about January 19, 2009, defendant HO posted a message on Quest4More in which he expressed his preference for child pornography depicting young crying children.

70.  On or about January 29, 2009, defendant PHARIS posted a

22

message on Quest4More that asked other Quest4More members to post images of child pornography that PHARIS had previously posted.

71.   On or about January 31, 2009, defendant PHARIS posted a message on Quest4More that asked other Quest4More members to post violent images of child pornography.

COUNT THREE

[18 U.S.C. § 2252A(a)(1)]

72.   On or about January 18, 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant WILLIAM HO, also known as "Mayan2012," knowingly mailed, shipped, and transported at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate and foreign commerce, by any means, including by computer.

COUNT FOUR

[18 U.S.C. § 2252A(a)(5)(B)]

73.   On or about September 22, 2009, in Los Angeles County,
within the Central District of California, and elsewhere,
defendant KEVIN WRIGHT, also known as "Yah1," knowingly possessed
at least one image of child pornography, as defined in Title 18,
United States Code, Section 2256(8)(A), that had been mailed,
shipped, and transported using any means or facility of
interstate and foreign commerce and in and affecting interstate
and foreign commerce by any means, including by computer, and
that had been produced using materials that had been mailed,
shipped, and transported in or affecting interstate and foreign
commerce any means, including by computer, knowing that the
images were child pornography.

COUNT FIVE

[18 U.S.C. § 2252A(a)(5)(B)]

74.     On or about September 22, 2009, in Los Angeles County, within the Central District of California, and elsewhere, defendant WILLIAM HO, also known as "Mayan2012," knowingly possessed at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, shipped, and transported in or affecting interstate and foreign commerce any means, including by computer, knowing that the images were child pornography.

                              A TRUE BILL


                              _____
                              Foreperson

GEORGE S. CARDONA
Acting United States Attorney


CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime Section


JOEY L. BLANCH
Assistant United States Attorney
Deputy Chief, General Crimes Section